# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER LEE MEHUDAR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID NYDAM II, *et al.*,<br><br>　　　　Defendants. | Case No. 2:16-cv-02196-MMD-GWF<br><br>**ORDER** |

　　　　This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1.  The Complaint (ECF No. 1) in this matter was filed on September 16, 2016.  LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties.  If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  To date, Plaintiff has failed to comply.  Accordingly,

　　　　**IT IS ORDERED** that Plaintiff shall file her Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **October 17, 2016.**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

　　　　DATED this 7th day of October, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge